# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,          Case No. 11-11166
                                          Hon. JOHN CORBETT O'MEARA

v.

ALVIN L. ROBINSON,

           Defendant,

           Defendant.
_____/

## SATISFACTION OF JUDGMENT

TO:   CLERK OF THE COURT

This is to certify that the judgment entered in this case on October 26, 2011, in favor of plaintiff and against defendant, ALVIN L. ROBINSON, in the amount of $3,322.02 has been satisfied in full.

I certify under penalty of perjury that the foregoing is true and correct.

                                                    Respectfully submitted,

                      By:   *s/Thomas L. Sooy*
                             Thomas L. Sooy (P80476)
                             Attorney for the United States
                             The Law Offices of Robert A. Schuerger
                             81 South Fifth Street, Suite 200
                             Columbus, Ohio 43215
                             Phone:   614-674-6852

Date: October 22, 2019

## CERTIFICATE OF SERVICE

I certify that on October 22, 2019, I electronically filed the foregoing Satisfaction of Judgment with the Court's electronic filing system, which system will notice of such filing to all counsel of record.

I further certify that Kimberly Pinto, Paralegal, of The Law Offices of Robert A. Schuerger, has mailed, by first class mail, a copy of the Satisfaction of Judgment to the defendant at the address below.

**ALVIN L. ROBINSON**
**12956 STAHELIN AVE.**
**DETROIT, MI  48223**

By: *s/Thomas L. Sooy*
    Thomas L. Sooy (P80476)
    Attorney for the United States
    The Law Offices of Robert A. Schuerger
    81 South Fifth Street, Suite 200
    Columbus, Ohio 43215
    Phone:   614-674-6852